**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01670-CV

### D&J REAL ESTATE SERVICES, INC.
### D/B/A RE/MAX PREMIER GROUP, ET AL., Appellants

### V.

### GREG L. PERKINS, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00559-2011**

## ORDER

We **GRANT** appellant's February 12, 2014 motion for an extension of time to file the reporter's record. The reporter's record shall be filed on or before Monday, March 3, 2014.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, and all counsel of record.

/s/     ADA BROWN
        JUSTICE